United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                                  Case No. 18-12238-amc
Arminda L. Paz                                                          Chapter 13
   Debtor

# CERTIFICATE OF NOTICE

District/off: 0313-2    User: Virginia    Page 1 of 1    Date Rcvd: May 09, 2018
          Form ID: pdf900    Total Noticed: 1

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on May 11, 2018.
db      +Arminda L. Paz,   3211 Aramingo Avenue,   Philadelphia, PA 19134-4404

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
NONE.                                           TOTAL: 0

     ***** BYPASSED RECIPIENTS *****
NONE.                                           TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: May 11, 2018                   Signature:  /s/Joseph Speetjens

---

## CM/ECF NOTICE OF ELECTRONIC FILING

The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on May 9, 2018 at the address(es) listed below:
     MITCHELL LEE CHAMBERS, JR.    on behalf of Debtor Arminda L. Paz ecfbc@comcast.net
     REBECCA ANN SOLARZ    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION Et Al...
      bkgroup@kmllawgroup.com
     TERRY P. DERSHAW    td@ix.netcom.com,    PA66@ecfcbis.com;7trustee@gmail.com
     United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
     WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                          TOTAL: 5

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                                                  :        Chapter 13
    Arminda L. Paz                                      :
                Debtor(s)        :        Bankruptcy No.  18-12238

## ORDER

Upon consideration of Debtors' Motion to and after notice and opportunity for a hearing, it is hereby ORDERED and DECREED that:

1. This Chapter 7 case is converted to a case under Chapter 13.
2. The Chapter 7 Trustee within 30 days of the date of this order shall file:
   a. an account of all receipts and disbursements made in the Chapter 7 case, and
   b. a report on the administration of the case pursuant to 11 U.S.C. § 704(9).
3. The Trustee forthwith shall turn over to Debtor all records and property of the estate remaining in the Trustee's custody and control.
4. The Trustee or any other party entitled to compensation may within 30 days of the date of this order file an application for compensation and reimbursement of expenses.
5. Debtor within 15 days from the date of this order shall file the statements and schedules required by Bankruptcy Rule 1007(b), if such have not already been filed.
6. Debtor within 15 days from the date of this order shall file a Chapter 13 plan.

**May 9, 2018**
Date

_____
Ashely M. Chan
United States Bankruptcy Judge

Mitchell Lee Chambers, Esq.
602 Little Gloucester Road
Suite 5
Blackwood, NJ 08012

Arminda L. Paz
3211 Aramingo Avenue
Philadelphia, PA 19134

Terry P. Dershaw
P.O. BOX 556
Warmindter, PA 18974