## IN THE UNITED STATES BANKRUPTCY COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| IN RE:  Arminda L. Paz | |
| Debtor | CHAPTER 7 |
| | |
| U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY), its successors and/or assigns | |
| Movant | |
| vs. | NO. 18-12238 AMC |
| | |
| Arminda L. Paz | |
| Debtor | |
| | |
| Terry P. Dershaw Esq. | 11 U.S.C. Section 362 |
| Trustee | |

## PRAECIPE TO WITHDRAW

**TO THE CLERK OF THE BANKRUPTCY COURT:**

Kindly withdraw the Motion of U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PENNSYLVANIA HOUSING FINANCE AGENCY) for Relief from the Automatic Stay Under Section 362, which was filed with the Court on or about April 6, 2018 (Document No. 12).

Respectfully submitted,

**/s/ Kevin G. McDonald, Esquire**
Kevin G. McDonald, Esquire
Rebecca A. Solarz, Esquire
KML Law Group, P.C.
BNY Mellon Independence Center
701 Market Street, Suite 5000
Philadelphia, PA  19106
Attorneys for Movant
215-627-1322

May 17, 2018