# UNITED STATES BANKRUPTCY COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

In re:

    Chapter 13

    Bankruptcy No. 18-12238-AMC

ARMINDA L PAZ

3211 ARAMINGO AVENUE

PHILADELPHIA, PA 19134

    Debtor

## CERTIFICATE OF SERVICE

**AND NOW**, comes William C. Miller, Esquire, Chapter 13 standing trustee, and certifies that he served the attached Motion to Dismiss on the following parties as indicated below:

Debtor(s), at the address listed, by first class mail.

ARMINDA L PAZ

3211 ARAMINGO AVENUE

PHILADELPHIA, PA 19134

Counsel for debtor(s), by electronic notice only.

    MITCHELL LEE CHAMBERS, ESQ.
    602 LITTLE GLOUCESTER RD.
    SUITE 5
    BLACKWOOD, NJ 08012-

Date: 7/26/2018

/S/ William C. Miller
_____
William C. Miller, Esquire
Chapter 13 Standing Trustee