UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                       :        Chapter 13
    Arminda Paz                      :
        Debtor                   :        Bankruptcy No.  18-12238 AMC

**ORDER DISMISSING CHAPTER 13 AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

Upon consideration of the Application for Compensation and Reimbursement of Expenses , Mitchell Lee Chambers, Esquire, counsel for Debtors (the "Application"), and upon Counsel for Debtors' request to retain jurisdiction at the Motion to Dismiss hearing on November 6, 2018, IT IS ORDERED THAT:

1.  The case is dismissed.

2.  Pursuant to 11 U.S.C. §349(b)(3), the undistributed, pre-confirmation chapter 13 plan payments held by the chapter 13 trustee shall not revest in the Debtor or any other entity pending further order of this court.

3.  A hearing shall be held on  December 4 , 2018, at 11:00 a.m.  in Bankruptcy Courtroom No. 4, U.S. Courthouse, 901 Market Street, Philadelphia, PA to consider the Application.

4.  Any other party who asserts an entitlement to the allowance of an administrative expense pursuant to 11 U.S.C. §503(b) shall file its request with the court and serve all creditors in accordance with the applicable rules of court no later than five (5) days before the hearing date set forth in Paragraph 3 above.

5.  Counsel for Debtors shall serve a copy of this Order on all creditors and interested parties and file a Certification of Service on or before  November 20, 2018 .

**Date: November 7, 2018**

                                                Honorable Ashely M. Chan
                                                United States Bankruptcy Judge

cc:

William C. Miller, Esquire
Chapter 13 Standing Trustee
P.O. Box 1229
Philadelphia, PA 19105

Arminda Paz
3211 Aramingo Ave

PHILADELPHIA, PA 19106

Mitchell Lee Chambers, Esq.
602 Little Gloucester Road
Suite 5
Blackwood, NJ 08012