United States Bankruptcy Court
Eastern District of Pennsylvania

In re:                                                              Case No. 18-12238-amc
Arminda L. Paz                                                      Chapter 13
         Debtor

## CERTIFICATE OF NOTICE

District/off: 0313-2          User: Virginia          Page 1 of 2          Date Rcvd: Nov 07, 2018
                              Form ID: pdf900         Total Noticed: 24

Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Nov 09, 2018.
```
db           +Arminda L. Paz,    3211 Aramingo Avenue,    Philadelphia, PA 19134-4404
14084602     +Citibank,    Citibank Corp/Centralized Bankruptcy,    Po Box 790034,    St Louis, MO 63179-0034
14084603      City of Philadelphia,    Law Department,    One Parkway Building,    1515 Parkway Building,
               Philadelphia, PA 19102
14084604     +Credit Acceptance,    25505 West 12 Mile Rd,    Suite 3000,    Southfield, MI 48034-8331
14084607     +Huntingdon Valley Bank,    2617 Huntingdon Pike,    Huntingdon Valley, PA 19006-5199
14084608     +KML LAW GROUP,    216 HADDON AVENUE,    SUITE 406,    Collingswood, NJ 08108-2812
14110329      Navient Solutions, LLC. on behalf of,    United Student Aid Funds, Inc.,    GLHEC and Affiliates,
               PO BOX 8961,    Madison, WI 53708-8961
14105488     +Nelnet on behalf of NJOSA,    4 Quakerbridge Plaza,    PO Box 548,    Trenton, NJ 08625-0548
14084613     +State Of Nj Highed Ed,    4 Quakerbridge Plz,    Trenton, NJ 08619-1241
14084614     +U.S. BANK,    211 NORTH FRONT STREET,    Harrisburg, PA 17101-1406
14179716     +U.S. BANK NATIONAL ASSOCIATION (TRUSTEE FOR THE PE,    211 North Front Street,
               Harrisburg, PA 17101-1406
14084615     +US Dept of Education,    Attn: Bankruptcy,    Po Box 16448,    Saint Paul, MN 55116-0448
```

Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.
```
smg           E-mail/Text: megan.harper@phila.gov Nov 08 2018 02:38:11     City of Philadelphia,
               City of Philadelphia Law Dept.,    Tax Unit/Bankruptcy Dept,    1515 Arch Street 15th Floor,
               Philadelphia, PA  19102-1595
smg           E-mail/Text: RVSVCBICNOTICE1@state.pa.us Nov 08 2018 02:37:44
               Pennsylvania Department of Revenue,    Bankruptcy Division,    P.O. Box 280946,
               Harrisburg, PA  17128-0946
smg          +E-mail/Text: usapae.bankruptcynotices@usdoj.gov Nov 08 2018 02:38:04     U.S. Attorney Office,
               c/o Virginia Powel, Esq.,    Room 1250,    615 Chestnut Street,    Philadelphia, PA 19106-4404
14182714      E-mail/Text: megan.harper@phila.gov Nov 08 2018 02:38:11     City of Philadelphia,
               Law Department Tax Unit,    Bankruptcy Group, MSB,    1401 John F. Kennedy Blvd., 5th Floor,
               Philadelphia, PA  19102-1595
14084605     +E-mail/PDF: pa_dc_ed@navient.com Nov 08 2018 02:39:30     Dept of Ed / Navient,
               Attn: Claims Dept,    Po Box 9635,    Wilkes Barr, PA 18773-9635
14084606     +E-mail/Text: bankruptcynotices@dcicollect.com Nov 08 2018 02:38:21
               Diversified Consultants, Inc.,    Diversified Consultants, Inc.,    Po Box 551268,
               Jacksonville, FL 32255-1268
14084609     +E-mail/PDF: pa_dc_claims@navient.com Nov 08 2018 02:39:20     Navient,    Attn: Bankruptcy,
               Po Box 9500,    Wilkes-Barre, PA 18773-9500
14160299      E-mail/PDF: pa_dc_claims@navient.com Nov 08 2018 02:39:21
               Navient Solutions, LLC on behalf of,    Department of Education Loan Services,    PO Box 9635,
               Wilkes Barre, PA 18773-9635
14084610     +E-mail/Text: electronicbkydocs@nelnet.net Nov 08 2018 02:37:56     Nelnet,    Attn: Claims,
               Po Box 82505,    Lincoln, NE 68501-2505
14084612      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 08 2018 03:02:07
               Portfolio Recovery,    Po Box 41067,    Norfolk, VA 23541
14166187      E-mail/PDF: PRA_BK2_CASE_UPDATE@portfoliorecovery.com Nov 08 2018 02:39:20
               Portfolio Recovery Associates, LLC,    POB 41067,    Norfolk VA 23541
14084611     +E-mail/Text: blegal@phfa.org Nov 08 2018 02:37:55     Pa Housing Finance Age,    Po Box 8029,
               Harrisburg, PA 17105-8029
                                                                                              TOTAL: 12
```

                 ***** BYPASSED RECIPIENTS *****
NONE.                                                                                          TOTAL: 0

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Transmission times for electronic delivery are Eastern Time zone.

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Nov 09, 2018                                Signature:  /s/Joseph Speetjens

```
District/off: 0313-2          User: Virginia              Page 2 of 2                   Date Rcvd: Nov 07, 2018
                              Form ID: pdf900             Total Noticed: 24
```

## CM/ECF NOTICE OF ELECTRONIC FILING

```
The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email)
system on November 7, 2018 at the address(es) listed below:
              KEVIN G. MCDONALD    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION Et Al...
               bkgroup@kmllawgroup.com
              LEON P. HALLER    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION Et Al... lhaller@pkh.com,
               dmaurer@pkh.com;mgutshall@pkh.com
              MITCHELL LEE CHAMBERS, JR.    on behalf of Debtor Arminda L. Paz ecfbc@comcast.net
              REBECCA ANN SOLARZ    on behalf of Creditor    U.S. BANK NATIONAL ASSOCIATION Et Al...
               bkgroup@kmllawgroup.com
              United States Trustee    USTPRegion03.PH.ECF@usdoj.gov
              WILLIAM C. MILLER, Esq.    ecfemails@ph13trustee.com,    philaecf@gmail.com
                                                                                             TOTAL: 6
```

UNITED STATES BANKRUPTCY COURT
EASTERN DISTRICT OF PENNSYLVANIA

In re:                                : Chapter 13
    Arminda Paz                   :
        Debtor            : Bankruptcy No.  18-12238 AMC

**ORDER DISMISSING CHAPTER 13 AND SETTING DEADLINE FOR APPLICATIONS FOR ALLOWANCE OF ADMINISTRATIVE EXPENSES**

Upon consideration of the Application for Compensation and Reimbursement of Expenses , Mitchell Lee Chambers, Esquire, counsel for Debtors (the "Application"), and upon Counsel for Debtors' request to retain jurisdiction at the Motion to Dismiss hearing on November 6, 2018, IT IS ORDERED THAT:

1. The case is dismissed.

2. Pursuant to 11 U.S.C. §349(b)(3), the undistributed, pre-confirmation chapter 13 plan payments held by the chapter 13 trustee shall not revest in the Debtor or any other entity pending further order of this court.

3. A hearing shall be held on __December 4__, 2018, at __11:00 a.m.__ in Bankruptcy Courtroom No. 4, U.S. Courthouse, 901 Market Street, Philadelphia, PA to consider the Application.

4. Any other party who asserts an entitlement to the allowance of an administrative expense pursuant to 11 U.S.C. §503(b) shall file its request with the court and serve all creditors in accordance with the applicable rules of court no later than five (5) days before the hearing date set forth in Paragraph 3 above.

5. Counsel for Debtors shall serve a copy of this Order on all creditors and interested parties and file a Certification of Service on or before __November 20, 2018__.

**Date: November 7, 2018**

_____
Honorable Ashely M. Chan
United States Bankruptcy Judge

cc:

William C. Miller, Esquire
Chapter 13 Standing Trustee
P.O. Box 1229
Philadelphia, PA 19105

Arminda Paz
3211 Aramingo Ave

PHILADELPHIA, PA 19106

Mitchell Lee Chambers, Esq.
602 Little Gloucester Road
Suite 5
Blackwood, NJ 08012