**UNITED STATES BANKRUPTCY COURT**
**EASTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| In re: | : | Chapter 13 |
| Arminda Paz | : | |
| Debtor | : | Bankruptcy No. 18-12238 AMC |

**CERTIFICATION OF SERVICE**

I, Mitchell Lee Chambers, Esquire, counsel for Debtor, do hereby certify that, on the date hereof, I caused to be served, by first class United States mail, postage prepaid, a true and correct copy of the Order Dismissing the Case and retaining jurisdiction upon the Debtor, the Standing Trustee, the U.S. Trustee, each holder of a claim against Debtor, at the following addresses set forth below:

**VIA ECF**
William C. Miller, Esquire
PO Box 40119
Philadelphia, PA  19106-0119

VIA REGULAR MAIL
Arminda Paz
3211 Aramingo Ave
PHILADELPHIA, PA 19106

VIA REGULAR MAIL
Nelnet
C/O MANAGING OFFICER
4 Quakerbridge Plaza
Trenton, NJ 08625

VIA REGULAR MAIL
CREDIT ACCEPTANCE
C/O MANAGING OFFICER
25505 WEST 12 MILE ROAD
STE. 3000
SOUTHFIELD, MI 48034

VIA REGULAR MAIL
NAVIENT SOLUTIONS
C/O MANAGING OFFICER
PO BOX 8961
MADISON, WI 53708

VIA ECF
U.S. Trustee
601 Walnut Street, Suite 950 West
Philadelphia, PA  19106

VIA REGULAR MAIL
PORTFOLIO RECOVERY ASSOCIATES
C/O MANAGING OFFICER
PO BOX 41067
NORFOLK, VA 23541

VIA REGULAR MAIL
US BANK
C/O MANAGING OFFICER
211 N. FRONT STREET
HARRISBURG, PA 17101

VIA REGULAR MAIL
CITY OF PHILADELPHIA
C/O MANAGING OFFICER
1401 JOHN F. KENNEDY BLVD.
5TH FLOOR
PHILADELPHIA, PA 19102

November 12, 2018

/s/ Mitchell Lee Chambers, Esquire
602 Little Gloucester Road, Suite 5
Blackwood, NJ 08012